# ELECTRONIC RECORD

COA # 05-14-00240-CR     OFFENSE: 1.03

STYLE: Bobby Simmons v. The State of Texas     COUNTY: Dallas

COA DISPOSITION:     AFFIRM     TRIAL COURT: 363rd Judicial District Court

DATE: 12/18/2014     Publish: NO     TC CASE #: F-1252370-W

# IN THE COURT OF CRIMINAL APPEALS

068-15
069-15

STYLE: Bobby Simmons v. The State of Texas     CCA #:

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:     _____

_____Refused_____     JUDGE:     _____

DATE: 04/29/2015     SIGNED: _____     PC: _____

JUDGE: _____     PUBLISH: _____     DNP: _____

\- - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD